Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
VALENTI LAW APC
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Raul Uriarte-Limon

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RAUL URIARTE-LIMON,<br><br>Plaintiff,<br><br>vs.<br><br>MESHIL ALDAOUD, dba C & S LIQUOR; and DOES 1-10,<br><br>Defendants. | Case No.: 5:21-cv-02055-JWH-SP<br><br>NOTICE OF VOLUNTARY DISMISSAL |
|---|---|

# NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Raul Uriarte-Limon voluntarily dismisses this action with prejudice as to all Defendants; each party to bear his/her/its own attorneys' fees and costs. The case has been settled.

Respectfully submitted,

DATED:  February 7, 2022                    VALENTI LAW APC

By:  */s/ Matt Valenti*
     Matt Valenti, Esq.
     Attorney for Plaintiff